

# United States District Court
# Northern District of Illinois

In the Matter of

Prim et al

      v.       Case No. 20-CV-50094

Raoul

Designated Magistrate Judge
Lisa A. Jensen

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

   The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge Iain D. Johnston., to whom case number 19-cv-50311 has been assigned. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Philip G. Reinhard**

Date: Friday, November 20, 2020

## ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Iain D. Johnston.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Date: Friday, November 20, 2020      Chief Judge Rebecca R. Pallmeyer

## Reason(s) For Recommendation:

This case is to be reassigned pursuant to the provisions of IOP 13(d). Judge Johnston and I have conferred and agree that reassignment of this case to him will enable this case and case number 19-cv-50311 to be more efficiently administered and serve to save judicial time. Both cases involve the same primary legal issue and have a common party.

EXCEPTIONS OR ADDITIONS:

District Reassignment - Related Set